THE HONORABLE JOHN C. COUGHENOUR

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| TRADESMEN INTERNATIONAL, LLC,<br><br>        Plaintiff,<br><br>   v.<br><br>SHIVER SOUTHWEST, LLC,<br><br>        Defendant. | CASE NO. C20-1142-JCC<br><br>ORDER |

This matter comes before the Court on Plaintiff's motion for entry of default judgment (Dkt. No. 10). Having thoroughly considered the motion and the relevant record, the Court FINDS as follows:

1. Plaintiff properly served Defendant on July 29, 2020, (Dkt. No. 6);
2. The Clerk entered an order of default against Defendant on September 22, 2020, (Dkt. No. 9);
3. Defendant has failed to appear or otherwise defend in this action;
4. This action is properly within the jurisdiction of the Court and venue is proper; and
5. The factors set forth in *Eitel v. McCool*, 782 F.2d 1470, 1471–72 (9th Cir. 1986), support granting default judgment in Plaintiffs' favor.

Accordingly, the Court hereby GRANTS Plaintiff's motion for entry of default judgment (Dkt. No. 10). The Court further FINDS and ORDERS as follows:

1. Defendant has contractual obligations to promptly and fully pay Plaintiff in accordance with their Master Services Agreement and has failed to do so. (Dkt. Nos. 12 at 1–3; 12-1 at 2–6.) The balance outstanding, before interest is $111,025.32. (Dkt. No. 12 at 3; 12-3 at 2–67.)
2. Interest is owed on unpaid amounts at 1.5% monthly. (Dkt. Nos. 12 at 2; 12-1 at 4.) To date, the total interest outstanding is $27.845.20. (Dkt. Nos. 12.4 at 1–3.)
3. Plaintiff is entitled to an award of attorney fees and costs, and Plaintiff's request for $18,587 in attorney fees and $530 in costs is reasonable.
4. Plaintiff is AWARDED judgment against Defendant in the amount $157,987.52, consisting of:
    a. $111,025.32 in unpaid fees;
    b. $27,845.20 in pre-judgment interest;
    c. $18,587 in attorney fees; and
    d. $530 in costs.
5. The Clerk is DIRECTED to close this case.

DATED this 7th day of October 2020.

_____
John C. Coughenour
UNITED STATES DISTRICT JUDGE